# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151943

RONALD W. LECH II,
      Plaintiff/Counter-Defendant-
      Appellee,

v

HUNTMORE ESTATES
CONDOMINIUM ASSOCIATION,
      Defendant/Counter-Plaintiff,

and

JACOBSON ORE CREEK LAND
DEVELOPMENT, L.L.C., and SCOTT R.
JACOBSON, d/b/a S.R. JACOBSON
LAND DEVELOPMENT, L.L.C.,
      Defendants-Appellants.

SC: 151943
COA: 320028
Livingston CC: 08-024045-CH

_____/

      On order of the Court, the application for leave to appeal the April 16, 2015 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE Section IV of the Court of Appeals judgment, and we REMAND this case to the Court of Appeals for reconsideration. On remand, the Court of Appeals shall consider whether its decision that the defendants are not entitled to post-judgment interest under MCL 600.6013 on their sanctions award is consistent with *Ayar v Foodland Distributors*, 472 Mich 713, 717 (2005). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2016



a0126

Clerk